UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN H. CESARIO and, <br> CAROL BERGQUIST, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF RHODE ISLAND AND <br> PROVIDENCE PLANTATIONS a/k/a <br> STATE OF R.I., <br> PATRICIA MURRAY-RAPOZA, <br> BRENDA RIOLES, and JOHN LYNCH, <br><br> Defendants. | C.A. No. 02-289S |

## MEMORANDUM AND ORDER

This court is in receipt of the Report and Recommendation issued by Magistrate Judge Martin on November 22, 2002. The court has reviewed the objections to the Report and Recommendation filed by the *pro se* Plaintiffs and the responses of Defendants Brenda Rioles, Patricia Murray-Rapoza, and John Lynch to the *pro se* Plaintiffs' objections.

The court finds that the findings and legal reasoning of Magistrate Judge Martin are well supported by the facts and the law. The court further finds that the objections to the Report and Recommendation asserted by the *pro se* Plaintiffs are without merit. The court, therefore, accepts and adopts the findings in the November 22, 2002 report.

Accordingly the court hereby orders as follows:

1. Defendant State of Rhode Island's Motion to Dismiss Plaintiffs' Verified Amended Complaint is GRANTED.

