AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

| | |
|---|---|
| JOHN H. CESARIO and<br>CAROL BERQUIST | **JUDGMENT IN A CIVIL CASE** |
| V.<br>STATE OF RHODE ISLAND AND<br>PROVIDENCE PLANTATIONS a/k/a STATE OF<br>R.I., PATRICIA MURRAY-RAPOZA, BRENDA<br>RIOLES, AND JOHN LYNCH | Case Number:   C.A. NO. 02-289S |

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED PURSUANT TO THIS COURT'S MEMORANDUM AND ORDER ENTERED ON JANUARY 15, 2003, ATTACHED HERETO.**

JANUARY 15, 2003
Date

Clerk *[signature]*
ALBA-SUE MERCURIO
(By) Deputy Clerk